Maria Carolina SOLIS–GONZALEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–71666.

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed July 30, 2010.

Nathan Menta Zaslow, Law Office of Nathan Zaslow, San Jose, CA, for Petitioner.

Lisa Marie Arnold, Senior Litigation Counsel, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

MEMORANDUM **

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Maria Carolina Solis–Gonzalez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review, and remand.

With her motion to reopen, Solis–Gonzalez submitted evidence that after her hearing, her U.S. citizen father moved in with her, had hernia surgery, and became suicidal. The BIA abused its discretion in determining that this previously unavailable material evidence was insufficient to warrant reopening. *See Fernandez v. Gonzales,* 439 F.3d 592, 601 (9th Cir.2006); *Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002); *see also* 8 C.F.R. § 1003.2(c)(1).

**PETITION FOR REVIEW GRANTED; REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.